```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                              ) CASE NO: 05-60550-399   Chapter 13
                                    )
CHARLES F CAITO                     )
                                    ) Hearing: Jan 12, 2011 11:00 AM
SHERRY G CAITO                      ) Location: St. Louis, 5 North
                       Debtor(s)    )

**TRUSTEE'S MOTION TO DISMISS FOR LACK OF
FEASIBILITY OF THE CHAPTER 13 PLAN AND NOTICE**

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in bankruptcy, and for his Motion to Dismiss states as follows:

1. Debtor(s)' plan will not pay unsecured creditors a meaningful amount and therefore does not constitute a good faith effort. 1325(a)(3)
2. Debtor(s)' plan will not pay secured creditors the fair market value of their collateral during the proposed plan term. 1325(a)(5)(B)(ii)
3. Debtor's plan will not pay priority creditors in full.

WHEREFORE, the Trustee prays the Court enter its order dismissing this Chapter 13 case.

/s/ John V. LaBarge, Jr.
-----------------------------------
John V LaBarge Jr  Ch 13 Trustee
Date: December 8, 2010
P.O. Box 430908
St. Louis, MO 63143
LQ -029
(314) 781-8100 Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through Court's ECF system or by regular mail this day of December 8, 2010 .

/s/ John V. LaBarge, Jr.
-----------------------------------
John V LaBarge Jr  Ch 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100   trust33@ch13stl.com

LEGAL HELPERS PC
515 OLIVE ST
STE 702
ST LOUIS MO  63101

CHARLES F & SHERRY G CAITO
1064 BOHEMIAN  CHURCH RD
TROY MO  63379

```
                       CREDITOR INFORMATION
                       --------------------

CASE NO: 05-60550-399

CREDITOR                                CLAIM AMOUNT     PRINCIPAL OWED
--------------------------------        ------------     --------------
FORD MOTOR CREDIT CO                       32,800.00           2,993.20
WORLD FINANCE CORP                          1,844.21             171.90
LINCOLN COUNTY                                378.98             378.98
MO DEPT OF REVENUE                          1,594.60           1,594.60
PORTFOLIO RECOVERY ASSOC LLC                1,371.02           1,371.02
CAPITAL ONE                                   739.91             739.91
ROUNDUP FUNDING LLC                           878.35             878.35
ROUNDUP FUNDING LLC                        29,711.09          29,711.09
ECAST SETTLEMENT CORP                         341.12             341.12
MO DEPT OF REVENUE                            200.00             200.00
FORD MOTOR CREDIT CO                          207.63             207.63
```